# Court of Appeals
# of the State of Georgia

ATLANTA, April 30, 2014

*The Court of Appeals hereby passes the following order*

**A14D0312. HOWARD KRONE v. CAROL G. RUBLER, et al. .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

2013CV235376



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, April 30, 2014.*

   *I certify that the above is a true extract from the minutes of*
*the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*